United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-
Kevin E. Pearson

Case No. 2:23-cr-213

COURTROOM MINUTES
Sentencing Hearing

| U.S. District Judge Sarah D. Morrison | | Date:  1/14/2025 at 10:30 | |
|---|---|---|---|
| Deputy Clerk | Maria Rossi | Counsel for Govt: | Liz Geraghty |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Rosie Brown |
| Interpreter | | Pretrial/Probation: | |
| Log In | | Log Out | |

The defendant is sentenced to 18 months of imprisonment on Counts 1 of the indictment.

The defendant is sentenced to a 3-year term of supervised release on Count 1.

No fine is imposed.

A $100.00 special assessment is applied.

A Final Order of Forfeiture will be filed in this case.

The defendant was remanded to the custody of the USMS.